```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

BEN SCOTT                                    CIVIL ACTION

VERSUS                                       NUMBER: 07-2976

JEFF WILLIAMS, ET AL.                        SECTION: "B"(5)


ORDER ON MOTION
OCTOBER 23, 2007

APPEARANCES:

MOTION:

(1) Rule to Show Cause to Plaintiff (Rec. doc. 26).

_____ :   Continued to

_____ :   No Opposition

_____ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

                    ORDERED

_____ :   Dismissed as moot.

|        | :    | Dismissed for failure of counsel to appear. |

_____: Dismissed for failure of counsel to appear.

_____: Granted.

_____: Denied.

__1__: Other.  Satisfied; plaintiff responded to the Court's Briefing Order on October 15, 207.  (Rec. doc. 27).

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE