MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 23, 2007

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

BEN SCOTT                                    CIVIL ACTION

VERSUS                                       NUMBER: 07-2976

JEFF WILLIAMS, ET AL.                        SECTION: "B"(5)


A preliminary conference was conducted in the above matter this date.

PRESENT: Jennifer Medley, Ben Scott

Plaintiff complains of an incident of excessive force being utilized against him by various employees of Rayburn Correctional Center on December 28, 2006 in retaliation for his filing an administrative grievance against Captain Moak. Plaintiff implicates all named defendants in this litigation as taking part in the alleged assault which he experienced.

Plaintiff advised the Court that he was handcuffed and unable to defend himself or to harm any named defendant at the time the

MJSTAR(00:20)

incident occurred.

The Court will subpoena the plaintiff's medical records both from LSU Medical Center in Bogalusa, La. and from Rayburn Correctional Center.

The State is ordered to furnish the Court with a complete copy of plaintiff's prison medical records, all complaints and/or grievances which he has filed since incarcerated in Rayburn Correctional Center and all resolutions of such grievances by prison personnel. Said documents shall be furnished by the State on or before November 23, 2007.

Upon receipt of all documents set forth above, the Court will determine what further action should be taken herein, including whether counsel should be appointed to represent plaintiff. If plaintiff wishes to supplement his witness list, he may do so on or before November 23, 2007.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE