UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BEN HENRY SCOTT (94892)** | \* | **CIVIL ACTION** |
| | \* | |
| **VS.** | \* | **NO.: 07-2976 "B"(5)** |
| | \* | |
| **JEFF WILLIAMS, ET AL** | \* | **JUDGE: IVAN LEMELLE** |
| | \* | |
| | \* | **MAG. JUDGE: CHASEZ** |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come defendants, Captain Jeff Williams, Lieutenant Corbin Hunt, Lieutenant Wade Rigdon (son of deceased William Rigdon), Lieutenant Kevin Luper, Sergeant William Rigdon (deceased), Sergeant David Moak, and Sergeant Micah McMurray and file their May Call Witness List and May Use Exhibit List as follows:

### MAY USE WITNESS LIST:

1) All witnesses listed or called by prisoner Scott, including but not limited to Sergeant Cody Mitchell

2) Captain Jeff Williams

3) Lieutenant Corbin Hunt

4) Lieutenant Wade Rigdon (son of deceased William Rigdon)

5) Lieutenant Kevin Luper

6) Sergeant David Moak

7) Sergeant Micah McMurray

8) Other correctional staff as needed from Rayburn Correctional Center

9) Nurse Johnson from Rayburn

10) Dr. Jerry Thomas from Rayburn

11) Other medical personnel as necessary from Rayburn

12) Nurses, physicians, and other medical personnel as needed from Wade Correctional Center

13) Correctional staff as needed from Wade

14) Nurses, physicians, and other medical personnel as needed from Avoyelles Correctional Center

15) Correctional staff as needed from Avoyelles Correctional Center


**MAY USE EXHIBIT LIST:**

1) Prisoner Scott's entire Louisiana Department of Public Safety & Corrections (hereinafter DOC) file, including, but not limited to the master record[1]; Headquarters records; individual institution records; medical records (including psychiatric); disciplinary records; tier logs; unusual occurrence reports or their earlier equivalents;

---

[1] The term "record" as used herein includes all paper records kept as well as records kept solely in an electronic fashion.

Administrative Procedure Records (hereinafterARP) records; and records of incarceration with the reason therefore, and the length and location for stay for prisoner's entire adult life;

2) The same records listed for prisoner Scott in 1) above as to each prisoner witness that plaintiff has listed (Antonio Tyson, 331834; Legistine North, 457723; Leonard Price, 401363; Pernell Wright, 320225; and Patrick O'Brien, 432482) or that plaintiff may call;

3) Resumes of any medical personnel called;

4) Copies of any rules and/or regulations of DOC pertinent to an understanding of this case, whether "Headquarters" rules or regulations or rules or regulations promulgated and adopted by an individual institution;

5) Copies of any laws, whether federal or state, pertinent to an understanding of this litigation;

6) Any exhibits that prisoner Scott has listed or may introduce.

                Respectfully submitted,

                /*s/Patricia Nalley Bowers*
        **PATRICIA NALLEY BOWERS (#3341)**
          Bowers & Bowers
            3615 Magazine Street
         New Orleans, LA 70115
                Email: bowersfirm@hotmail.com

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2009, I electronically filed the foregoing with the Clerk of Court of the United States District Court of the Eastern District of Louisiana by using the CM/EMF system. A copy of the foregoing will be sent to plaintiff, Ben Scott, via fax and hand delivery by Asst. Warden Cooper.

*s/ Patricia N. Bowers*
**Patricia N. Bowers**