BEN SCOTT                                    CIVIL ACTION

VERSUS                                       NUMBER: 07-2976

CAPTAIN JEFF WILLIAMS, ET AL.                SECTION: "B"(5)


**O R D E R**

**IT IS ORDERED** that the Warden of the Natchitoches Detention Center make Akills Robinson, #476707, available to testify telephonically for an evidentiary hearing to be held in this matter on January 21, 2010 at 10:00 a.m.

**IT IS FURTHER ORDERED** that the Warden of the Natchitoches Detention Center contact the undersigned's office (504-589-7610) no later than January 20, 2010 to provide a phone number where Akills Robinson can be reached at the time of the evidentiary hearing.

New Orleans, Louisiana, this 13th day of January, 2010.

_[signature]_

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

CLERK: Please serve
a copy of this Order
on all parties and
on the Warden of
the Natchitoches
Detention Center,
299 Edwina Dr.,
Natchitoches, LA. 71457